■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN A. SAUNDERS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same Memorandum as in *People v Saunders* (190 AD2d 1092 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Criminal Possession Controlled Substance, 4th Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN SEAY, Appellant.—Judgment unanimously affirmed *(see, People v Saunders* [appeal No. 1], 190 AD2d 1092 [decided herewith]). (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Sexual Abuse, 1st Degree.) Present— Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES STANIN, Appellant.—Judgment unanimously affirmed *(see, People v Doe,* 186 AD2d 1036). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Rape, 1st Degree.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.